AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Sentry Select Insurance Company
*Plaintiff/Counter-Defendant*

v.                                Civil Action No.     5:12-3504-JMC

Guess Farm Equipment Inc., etc
*Defendant/Counter-Plaintiff*

Justice Family Farms LLC
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Guess Farm Equipment Inc., d/b/a Guess Irrigation Company shall take nothing as their counterclaim for bad faith/negligence and this claim is dismissed without prejudice. The court also by text order dated November 4, 2015 dismisses without prejudice the indemnity claim.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted Sentry Select Insurance Company's motion to dismiss as to Guess's counterclaim for bad faith/negligence.

Date:   December 9, 2015                                *CLERK OF COURT*

                                                         s/Angie Snipes
                                                *Signature of Clerk or Deputy Clerk*