IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Sentry Select Insurance Company, | Civil Action No. 5:12-cv-03504-JMC |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| Guess Farm Equipment, Inc., d/b/a Guess Irrigation Company, and Justice Family Farms, LLC, | (Without Prejudice) |
| Defendants. | |

The remaining claims in this action between the Plaintiff and Defendant Guess Farm Equipment Company, Inc. were settled at mediation on December 8, 2015. Claims related to the Plaintiff's alleged duty to indemnify under the insurance policy that is the subject of this litigation were previously dismissed as moot, pending the outcome of an appeal filed in the underlying litigation, *Guess Farm Equipment Company, Inc. d/b/a Guess Irrigation Company v. Justice Family Farms, LLC and Catfish Bay, LLC*, Case No. 2011-CP-17-00413.

The undersigned parties hereby stipulate that the remaining claims in this matter be dismissed without prejudice.

**BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP**

By:  *s/T. Nicholas Goanos*  .
    T. Nicholas Goanos
    Federal I. D. No. 11971
    11620 N. Community House Road, Suite 150
    Charlotte, NC 28277
    Phone:  (704) 543-2321
    Fax:  (704) 543-2324
    Email:  tgoanos@butlerlegal.com

    Attorneys for the Plaintiff

**BARNES, ALFORD, STORK & JOHNSON, LLP**

By:   *s/Robert T. Strickland*                                  .
         Robert T. Strickland
         Federal I. D. No. 4344
         1613 Main Street
         Post Office Box 8448
         Columbia, SC  29202
         Phone:  (803) 799-1111
         Fax:  (803) 254-1335
         E-mail:  rstrickland@basjlaw.com

         Attorneys for the Defendant, Guess Farm Equipment
         Company, Inc., d/b/a Guess Irrigation Company


**LAND, PARKER & WELCH, P.A.**

By:   *s/J. Calhoun Land, IV*                                  .
         J. Calhoun Land, IV
         Federal I. D. No. 6292
         Post Office Box 138
         Manning, SC  29102
         Phone:  (803) 345-8894
         E-mail: cal@lpwlawfirm.com

         Attorneys for the Defendant, Justice Family Farms, LLC